# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 388 MAL 2022

          Respondent                     :

                                            :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

                    v.                           :

                                            :

CHRISTOPHER NGUYEN,                 :

                                              :

                  Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.